UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>John Distasio</u>
    Plaintiff

  V.

<u>Selective Insurance Company of South Carolina</u>
    Defendant

CIVIL ACTION

NO. <u>1:15-cv-13299-ADB</u>

## ORDER OF DISMISSAL

<u>Burroughs, D. J.</u>

  In accordance with the Court's Memorandum and Order remanding the case to Norfolk County Superior Court dated <u>10/5/2015</u>, it is hereby ORDERED that the above-entitled action be and hereby is dismissed and closed.

                By the Court,

<u>  10/5/2015  </u>        <u> /s/ Karen Folan    </u>
   Date             Deputy Clerk